Justo G. Gonzalez (CA Bar No. 224903)
STOKES LAWRENCE, P.S.
800 Fifth Avenue, Suite 4000
Seattle, Washington  98104
Telephone:  (206) 626-6000
Facsimile:  (206) 464-1496
E-Mail:  jgg@stokeslaw.com
Attorneys for Defendant
D & M Chem, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>D & M CHEM, INC., a Washington Corporation,<br><br>            Defendant. | Case No.:  CV 11-3955 DMR<br><br>**MOTION TO EXTEND TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT TO OCTOBER 7, 2011**<br><br>Assigned to: Honorable Donna M. Ryu<br><br>Action Filed: August 11, 2011 |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 6-3 and 7-2, Defendant D & M Chem, Inc. (D&M) respectfully requests that the Court grant D&M relief from its current deadline and extend D&M's time to answer or file any motion relating to the Complaint to October 7, 2011. This motion is supported by the Declaration of Justo G. Gonzalez (Gonzalez Decl.) filed herewith.

On September 2, 2011, D&M, through counsel, requested an extension to October 7, 2011, to respond to the Complaint. Gonzalez Decl. ¶ 4, Ex. A. Counsel for D&M informed counsel for Plaintiff that, having only recently been retained by D & M, he required time to prepare a response to the complex patent claims in the Complaint. *Id.* Counsel for Plaintiff responded to counsel for D&M by refusing to stipulate to the requested extension unless D&M were to "immediately" execute a non-disclosure and confidentiality agreement and "promptly" enter settlement discussions. *Id.* Taken aback by counsel for Plaintiff's lack of professional courtesy, counsel for D & M asked that he reconsider his position. Counsel for Plaintiff

MOTION TO EXTEND TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT
TO OCTOBER 7, 2011 - CV 11-3955 DMR
- 1 -

responded by indicating that he would consent to a fifteen-day extension of time for D & M to answer or otherwise respond to the Complaint. Counsel for Plaintiff has not articulated what, if any, prejudice would result to Plaintiff from a reasonable extension of time to respond to the Complaint. *Id.* ¶ 4.

D&M requests this extension in order to properly answer or otherwise respond to the Complaint. D&M only recently retained counsel on August 23, 2011. Gonzalez Decl. ¶ 5. The timing of this lawsuit has coincided with the start of apple harvest and hop harvest, D & M is fully occupied with the process of advising and supporting its customers' farming operations. *Id.* Plaintiff asserts complex patent infringement claims that require investigation by D&M's counsel in order to respond. For instance, D&M is in the process of sending to its counsel documents and information relating to its allegedly infringing products, internal and external communications regarding these products, and other relevant issues. *Id.* For example, counsel needs to speak with D&M personnel who have specialized knowledge about certain claims at issue. *Id.* Thus, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), D&M respectfully submits that good cause exists for this Court to extend the deadline to respond to October 7, 2011.

D&M does not believe that this modest extension will prejudice either party or result in any other delays to the proceedings. D&M expressly preserves any objections to venue, process and jurisdiction.

DATED this 8th day of September, 2011.            Respectfully submitted,

STOKES LAWRENCE, P.S.


By:   /S/Justo G. Gonzalez
      Justo G. Gonzalez (CA Bar No. 224903)
      STOKES LAWRENCE, P.S.
      800 Fifth Avenue, Suite 4000
      Seattle, Washington  98104
      Telephone:  (206) 626-6000
      Facsimile:  (206) 464-1496

Attorneys for Defendant D & M Chem, Inc.

MOTION TO EXTEND TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT
TO OCTOBER 7, 2011 - CV 11-3955 DMR
- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of September, 2011, I caused the foregoing Motion to Extend Time to Respond to or Answer Plaintiff's Complaint to October 7, 2011, to be:

☒    electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff:**
Daniel R. Blakey                    dblakey@steptoe.com

☒    e-mailed to the following whose *Pro Hac Vice* Applications are Pending:

**Attorneys for Plaintiff:**
Seth A. Watkins                    sethwatkins@steptoe.com
Timothy C. Bickham              tbickham@steptoe.com
Houda Morad                       hmorad@steptoe.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/S/Justo G. Gonzalez
Justo G. Gonzalez

51115-001 \ 649877.doc