UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSENDERLO KERLEY, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>D & M CHEM, INC. a Washington Corporation,<br><br>             Defendant. | Case No.:  CV 11-3955 DMR<br><br>ORDER GRANTING MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO OR ANSWER PLAINTIFF'S COMPLAINT TO SEPTEMBER 30, 2011 |

THIS MATTER came before the Court on D & M Chem, Inc.'s Motion to Extend Defendant's Time to Respond to or Answer Plaintiff's Complaint to October 7, 2011.  Having reviewed the briefs of the parties and the pleadings and files of record, and being fully advised, NOW THEREFORE,

The Court finds:

1.      Good cause exists for this Court to extend the deadline for Defendant to respond to or answer Plaintiff's Complaint to September 30, 2011.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is GRANTED IN PART.

DATED this 13th day of September 13, 2011.

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
HONORABLE DONNA M. RYU
MAGISTRATE JUDGE